1: 06 M 97 M

# United States District Court

DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**
**v.**
TERRY ANTHONY TERRETETA

**WARRANT FOR ARREST**

CASE NUMBER:
**06-CR-00160**-REB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Terry Anthony Terreteta
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful Possession and Transfer of a Machine Gun

in violation of Title 18 United States Code, Section(s) 922(o)(1)

| | |
|---|---|
| GREGORY C. LANGHAM Clerk, U.S. District Court | |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4-20-06 Denver, Colorado |
| Signature of Issuing Officer | Date and Location |

BAIL FIXED AT $______________ by ______________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. TERRY ANTHONY TERRETETA,

Defendant.

---

**INDICTMENT**
18 U.S.C. §§ 922(o)(1), 921(a)(23) and 924(a)(2)
26 U.S.C. § 5845(b)

---

**COUNT 1**

The Grand Jury charges that:

On or about April 5, 2004, in the State and District of Colorado, the defendant, TERRY ANTHONY TERRETETA, did unlawfully and knowingly possess and transfer a machine gun, to wit: a Sten, Model MK5, 9 millimeter, with no identifiable serial number.

All in violation of Title 18, United States Code, Sections 922(o)(1), 921(a)(23) and 924(a)(2) and Title 26, United States Code, Section 5845(b).

**COUNT 2**

The Grand Jury further charges that:

On or about July 29, 2004, in the State and District of Colorado, the defendant, TERRY ANTHONY TERRETETA, did unlawfully and knowingly possess and transfer a machine gun, to

wit: a Sten, Model MKII, 9 millimeter, serial number E36492.

All in violation of Title 18, United States Code, Sections 922(o)(1), 921(a)(23) and 924(a)(2) and Title 26, United States Code, Section 5845(b).

**COUNT 3**

The Grand Jury further charges that:

On or about August 17, 2004, in the State and District of Colorado, the defendant, TERRY ANTHONY TERRETETA, did unlawfully and knowingly possess and transfer a machine gun, to wit: a Sten, Model MK, 9 millimeter, serial number H27026.

All in violation of Title 18, United States Code, Sections 922(o)(1), 921(a)(23) and 924(a)(2) and Title 26, United States Code, Section 5845(b).

**COUNT 4**

The Grand Jury further charges that:

On or about October 7, 2004, in the State and District of Colorado, the defendant, TERRY ANTHONY TERRETETA, did unlawfully and knowingly possess and transfer a machine gun, to wit: a Sten, Model MK, 9 millimeter, serial number 27145.

All in violation of Title 18, United States Code, Sections 922(o)(1), 921(a)(23) and

/////

924(a)(2) and Title 26, United States Code, Section 5845(b).

A TRUE BILL

s/Foreperson
FOREPERSON

WILLIAM J. LEONE
United States Attorney

By: s/Gregory A. Holloway
GREGORY A. HOLLOWAY
Assistant U.S. Attorney WSBA #28743
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
Attorney for the Government

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:06-cr-00160-REB All Defendants

Case title: USA v. Terreteta

Date Filed: 04/20/2006

---

Assigned to: Judge Robert E. Blackburn

**Defendant**

**Terry Anthony Terreteta** (1)

| **Pending Counts** | **Disposition** |
|---|---|
| VIOLENT CRIME/DRUGS/MACHINE GUN (1-4) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**

represented by **Gregory Allen Holloway**
U.S. Attorney's Office-Denver
1225 Seventeenth Street
#700
Denver, CO 80202
303-454-0100
Fax: 454-0403
Email: Gregory.Holloway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2006 | 1 | INDICTMENT as to Terry Anthony Terreteta (1) count(s) 1-4. (Attachments: # 1 info sheet) (tll, ) (Entered: 04/21/2006) |
| 04/20/2006 | 2 | Arrest Warrant Issued in case as to Terry Anthony Terreteta. (tll, ) (Entered: 04/21/2006) |

## PACER Service Center

### Transaction Receipt

| 09/18/2006 11:37:42 | | | |
|---|---|---|---|
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cr-00160-REB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |