David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

September 21, 2006

Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589

**RI Case # 1:06-MJ-97A**
**Your Docket No. 06-CR-00160-REB**

On September 18, 2006, Magistrate Judge Lincoln D. Almond conducted a Rule 5 hearing in 1:06-MJ-97A, Terry Anthony Terreteta.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7217.

Sincerely,

DAVID A. DIMARZIO

By: ______________________
Jeannine Theall, Deputy Clerk

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247