UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-MJ-97A |
| TERRY A. TERRETETA | : | |

MOTION FOR GOVERNMENT PAYMENT OF AIRFARE

NOW comes the defendant, Terry A. Terreteta, and moves that this Honorable Court direct the United States Marshals Service to pay for an airline ticket for the defendant to fly from Providence, Rhode Island to Denver, Colorado, unescorted, for his arraignment, which is scheduled for October 4, 2006 at 10:00 a.m.. The defendant is indigent, as evidenced by the Financial Affidavit he completed at his initial appearance. Further, the defendant is represented by the Office of the Federal Public Defender.

TERRY A. TERRETETA,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281 fax: 528-4285

CERTIFICATION

I hereby certify delivered a copy of the within to James H. Leavey, AUSA by ECF and hand-delivered a copy to Heather McLoughlin, USPO on the 27th day of September, 2006.

/s/ Edward C. Roy, Esquire